Myra B. Thurber
vs.
George A. Thurber
Div.No.19440

January 20, 1926

TANNER, P. J. This case is heard upon petition of the wife for absolute divorce from her husband on the ground of extreme cruelty.

The continuous disagreeable conduct and profane and vulgar language

of the respondent, affecting the health of the petitioner, would be sufficient to constitute cruelty under the statute.

We feel, however, that the continued association of the petitioner with Mr. Pierce, husband of another woman, which association still continues since the bringing of the petition for divorce, even though it may have been as innocent as the parties to such association claim, was nevertheless of such character as to subject the parties to just suspicion and as to be such an improper association as to deprive the petitioner of her right to divorce in this case.

The petition is therefore denied.

For Petitioner: Wilson, Churchill & Curtis.

For Respondent: Quinn, Kernan & Quinn.